**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Hickman Sales and Service, Inc., a North Dakota corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Cameron Manufacturing Corp., | ) ) | Case No. 4:07-cv-050 |
| Defendant. | ) | |

_____

On April 16, 2008, the parties filed a Stipulation to Amend Scheduling Order and Reschedule Settlement Conference. The court **ADOPTS** the parties stipulation (Docket No. 20). The Second Amended Scheduling Order dated December 27, 2008, shall be further amended as follows:

3. The parties shall have until July 15, 2008, on Phase I and on May 20, 2009, on Phase II to complete fact discovery and to file discovery motions.

The settlement conference set for June 5, 2008, shall be rescheduled for August 27, 2008, at 8:30 a.m. in Bismarck, North Dakota (courtroom #2).

**IT IS SO ORDERED.**

Dated this 16th day of April, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court