**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Hickman Sales and Service, Inc., a North Dakota corporation, | ) ) ) | **ORDER OF DISMISSAL** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Cameron Manufacturing Corp., | ) ) | Case No. 4:07-cv-050 |
| Defendant. | ) | |

Before the Court is a "Stipulation for Dismissal With Prejudice" filed on July 30, 2008. The Court **ADOPTS** the stipulation in its entirety (Docket No. 22) and **ORDERS** that, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 31st day of June, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court